IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

File No.: 25-16-017
**COTTRELL SOLENSKY, P.A.**
550 Broad Street, Suite 1000
Newark, New Jersey 07102
Phone:    (973) 643-1400
Fax:      (973) 643-1900
**Attorneys for Defendant,**
**Wal-Mart Stores East, LP i/p/a Wal-Mart Stores, Inc.**

| | |
|---|---|
| **ROSA CUZCO,**<br><br>        **Plaintiff,**<br><br>    **vs.**<br><br>**WAL-MART STORES, INC., JOHN DOES 1-10 (said names being fictitious) and XYZ CORPORATIONS 1-10 (said names being fictitious),**<br><br>        **Defendant(s).** | Civil Action No.:<br><br>NOTICE OF REMOVAL |

　　　Removing Defendant, Wal-Mart Stores East, LP i/p/a Wal-Mart Stores, Inc., upon information and belief states as follows:

　　　1.   Plaintiff, Rosa Cuzco, commenced an action against the removing Defendants, Wal-Mart Stores, Inc., in the Superior Court of New Jersey, County of Union, bearing docket number UNN-L-3087-17. A copy of the Complaint is annexed hereto as **Exhibit A**.

　　　2.   The Complaint was served on or about August 28, 2017.

　　　3.   Plaintiff is a resident of the State of New Jersey.

4.   Wal-Mart Stores, Inc. is a corporation organized and existing under the laws of the State of Delaware with a principal place of business in Bentonville, Arkansas.

5.   Wal-Mart Stores East, LP, the proper party in interest, is a limited partnership organized and existing under the laws of the State of Delaware with a principal place of business in Bentonville, Arkansas.

6.   The amount in controversy is more than $75,000.00

7.   Accordingly, this Court has diversity jurisdiction of this action pursuant to 28 U.S.C. §1332, and Defendant is entitled to removal of this action pursuant to 28 U.S.C. §1441.

**WHEREFORE**, Defendant prays that this action be removed to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §1441 and 1446.

**COTTRELL SOLENSKY, P.A.**
Attorneys for Defendant,
Wal-Mart Stores East, LP i/p/a
Wal-Mart Stores, Inc.

By: */s/ Andrew J. Piñon*
     Andrew J. Piñon, Esq.

Dated:  September 15, 2017